UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE ASTRUE<br><br>Plaintiff,<br><br>v.<br><br>ERICSSON INC. SHORT TERM DISABILITY PLAN, et al.,<br><br>Defendants. | Case No. 15-cv-01110-LHK   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  October 5, 2015<br>Mediator:  Robert Luft |

IT IS HEREBY ORDERED that the request to excuse defendants' representative, Tamika S. Williams, from appearing in person at the October 5, 2015, mediation before Robert Luft is GRANTED.  Ms. Williams shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: September 28, 2015

Maria-Elena James
United States Magistrate Judge