UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELAINE ASTRUE,<br><br>              Plaintiff,<br><br>    v.<br><br>ERICSSON INC. SHORT TERM DISABILITY PLAN, et al.,<br><br>              Defendants. | Case No. 15-CV-01110-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 38 |

On October 27, 2015, Plaintiff Elaine Astrue and Defendants The Prudential Insurance Co. of America, Ericsson Inc. Short Term Disability Plan, and Ericsson Long Term Disability Plan notified this Court that the case settled, and requested sixty days to finalize the settlement documents. ECF No. 38. The parties further requested that this Court vacate the upcoming Case Management Conference and retain jurisdiction pending execution of the settlement documents. *Id.* Accordingly, this Court CONTINUES the Case Management Conference set for November 4, 2015, at 2:00 p.m. until February 3, 2016, at 2:00 p.m. This Order does not alter any other deadlines in the case.

1
Case No. 15-CV-01110-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1    **IT IS SO ORDERED.**

3    Dated:  October 28, 2015

         _____
4        LUCY H. KOH
5        United States District Judge